# Court of Appeals
# of the State of Georgia

ATLANTA,  June 18, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0377. MOUSSA DIARRA v. THE STATE.**

According to his application, Moussa Diarra was arrested in March 2021 and charged with financial transaction card fraud. The trial court entered an order setting bond in the amount of $10,000. Diarra filed a motion for a reduction of bond, which the trial court denied. Diarra then filed this application for discretionary appeal.

Because this case remains pending below, the trial court's order denying Diarra's motion for bond reduction was interlocutory. See *Howard v. State*, 194 Ga. App. 857 (392 SE2d 562) (1990). To appeal the order, Diarra was required to comply with the interlocutory appeal procedure, including obtaining a certificate of immediate review from the trial court. See OCGA § 5-6-34 (b). Although Diarra filed a discretionary application, "[t]he discretionary appeal statute does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b)." *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).

Diarra's failure to follow the proper appellate procedure deprives us of jurisdiction to consider this application, which is hereby DISMISSED. See *Mullinax v. State*, 271 Ga. 112 (1) (515 SE2d 839) (1999); *Howard*, 194 Ga. App. at 857.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   06/18/2021*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*